

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00633-CV

**LSREF2 COBALT (TX), LLC**,
Appellant

v.

**410 CENTRE LLC**, and John B. Urbahns,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI20922
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and this cause is REMANDED to the trial court for entry of judgment consistent with this opinion.

SIGNED July 6, 2016.

_____
Karen Angelini, Justice